AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

| | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. |
| | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____.

Date: _____          *Anthony Cecutti*
                              *Attorney's signature*

                              _____
                              *Printed name and bar number*

                              _____
                              *Address*

                              _____
                              *E-mail address*

                              _____
                              *Telephone number*

                              _____
                              *FAX number*