UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

UNITED STATES OF AMERICA

   -against-                                                              ORDER

                                                                           21. Cr. 277 (PAE)

ARWA MUTHANA,

       Defendant.
---------------------------------------------------------X

      Upon the application of ARWA MUTHNA, by her attorney, CHRISTINE DELINCE, it is hereby ORDERED that the Metropolitan Detention Center furnish Arwa Muthana with clean and bottled drinking water by October 29, 2021. It is further ordered that the Metropolitan Detention Center provide Arwa Muthana with ■■■■■■■■■■ by October 29, 2021.

      The Clerk of Court is requested to terminate the motions at Dkt. Nos. 35 & 36.

                                                                    **SO ORDERED:**

                                                        *Paul A. Engelmayer*
                                                        Hon. Paul A. Engelmayer
                                                        United States District Judge

Dated: October __27__, 2021
       New York, New York